UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MARCUS T. STRINGER #127238/513433          CIVIL ACTION NO. 21-cv-3556

VERSUS                                     JUDGE ELIZABETH E. FOOTE

D. WASHINGTON, ET AL.                      MAGISTRATE JUDGE HORNSBY

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 36], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment [Record Document 34] by Nurse Hunter and Motion for Summary Judgment [Record Document 28] by Deputy D. Washington, Deputy D. Small, and Sgt. J. Williams are **GRANTED** and that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the _____ day of June, 2023.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE